### 47037. GRAHAM v. WHITE.
(380 SE2d 713)

SMITH, Justice.

In view of the fact that this is a direct application to this Court for a writ of mandamus, this case is controlled by *Brown v. Johnson,* 251 Ga. 436 (306 SE2d 655) (1983), and the petition is therefore dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED MAY 25, 1989.

William Kelsey Graham, *pro se.*
Thomas J. Charron, District Attorney, for appellee.